420326

UNITED STATES DISTRICT COURT
District of Minnesota

PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-937 ADM/SRN

**Affidavit of Movant**

I, Janice M. Symchych, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice ~~Charles A. Newman~~ Douglas W. King, an attorney admitted to practice in the Eastern District of Missouri, but not admitted to the bar of this court, who will be counsel for the defendant in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature: [signature] Date: 6-6-01

Minnesota License No. 10811X
Dorsey & Whitney LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Ph: (612) 340-2600; Fax: (612) 340-2868

**Affidavit of Proposed Admittee**

I, Douglas W. King, am currently a member in good standing of the U.S. District Court for the Eastern District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Signature: Douglas W. King Date: 6/4/2001

FILED JUN 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Attorney License No.: 34242
E.D. Mo. Bar No. 3558
BRYAN CAVE LLP
Douglas W. King
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
Ph: (314) 259-2000

Case No.: 01-937 ADM/SRN Judge Assigned: Judge A. Montgomery
Case Title: Mark Gardner, Danielle Baker, and all others similarly situated v. First American Title Insurance Company, Universal Title Company, Universal Partnerships, Inc.

Motion Granted: [signature] JUN 08 2001
For the Court, Francis E. Dosal, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.