420326

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-937 ADM/SRN **Case Title:** Gardner, et al. v. First American Title

**Affidavit of Movant**

I, Janice M. Symchych, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Charles A. Newman, an attorney admitted to practice in the Eastern District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant First American Title in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature [signature] | MN Attorney License # 10811X | Date 6-6-01

**Affidavit of Proposed Admittee**

I, Charles A. Newman, am currently a member in good standing of the U.S. District Court for the Eastern District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Charles A. Newman
Type/Print Name

Signature [signature]

Date 6/4/01

Attorney License Number: 24735

Law Firm Name & Address: Bryan Cave LLP
One Metropolitan Square, 211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Telephone: (314) 259-2000

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUN 08 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK