UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark Gardner, Danielle Baker and
all others similarly situated,

Plaintiffs,

ORDER

v.

Civil No. 00-2176 PAM/SRN

First American Title Insurance Company,
Universal Title Co., Universal
Partnerships, Inc.,

Defendants.

---

Mark Gardner, Danielle Baker and
all others similarly situated,

Plaintiffs,

v.

Civil No. 01-937 ADM/SRN

First American Title Insurance Company,
Universal Title Company, Universal
Partnerships, Inc.,

Defendants.

---

Case No. 00-2176 having been assigned to Chief Judge Paul A. Magnuson and Case No. 01-937 having been assigned to Judge Ann D. Montgomery, said matters being related cases;

IT IS HEREBY ORDERED that Case No. 01-937 be assigned to Chief Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: June 13, 2001

JUDGE PAUL A. MAGNUSON
UNITED STATES DISTRICT COURT

Dated: June 11, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT