UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Mark Gardner, et al.

Plaintiffs,

v.

First American Title Insurance Co. et al.

Defendants.

Court File No: Civil 01-937 PAM/SRN

**STIPULATION AND ~~PROPOSED~~ ORDER GOVERNING THE BRIEFING SCHEDULE ON CLASS CERTIFICATION**

---

WHEREAS, Plaintiffs and Defendants are engaged in the above-captioned litigation in which Plaintiffs intend to seek class certification; and

WHEREAS, the Court's Amended Pretrial Scheduling Order states that the class certification motion shall be served, filed and fully briefed by October 1, 2002;

WHEREAS, the Court's Amended Pretrial Scheduling Order states that class certification shall otherwise be scheduled, filed and served in compliance with Local Rule 7.1;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to approval of the Court, that the following Stipulation and Order shall govern the schedule on Plaintiffs' motion for class certification:

1. Plaintiffs must file and serve, by overnight next day delivery, their motion for class certification and supporting brief, complete with all supporting evidence (e.g. exhibits, affidavits or other evidence), on or before August 1, 2002.

JUL 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendants must file and serve, by overnight next day delivery, their response to Plaintiffs' motion for class certification, complete with all supporting evidence (e.g. exhibits, affidavits or other evidence), on or before September 6, 2002.

3. Plaintiffs must file and serve, by overnight next day delivery, their reply brief, if any, in support of their motion for class certification on or before September 27, 2002.

4. This Stipulation and Order hereby supplements but does not supplant the Court's Amended Pretrial Scheduling Order. The Amended Pretrial Scheduling Order and the deadlines therein remain in full force and effect.

Dated: July 10, 2002

By: ______________________
Barry G. Reed
J. Gordon Rudd, Jr.
ZIMMERMAN REED P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis , MN 55402

Hart L. Robinovitch
ZIMMERMAN REED P.L.L.P.
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254-2762

Attorneys for Plaintiffs

By: ______________________
BRYAN CAVE LLP
Charles A. Newman
Douglas W. King
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000
(314) 259-2020 (facsimile)

DORSEY & WHITNEY LLP
Janice Symchych
220 South 6th Street, 14th Floor
Pillsbury Center South
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2777
Attorneys for Defendants

SO ORDERED, this 17th day of July, 2002.

______________________
Susan Richard Nelson
United States Magistrate Judge