UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MARK GARDNER, DANIELLE BAKER AND ALL OTHERS SIMILARLY SITUATED, | ) | COURT FILE NO. 01-937 PAM/SRN |
| Plaintiffs, | ) | |
| vs. | ) | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, UNIVERSAL TITLE COMPANY, UNIVERSAL PARTNERSHIPS INC. | ) | |
| Defendants. | ) | |

**STIPULATED ORDER EXTENDING TIME**

Plaintiffs and Defendants in the above-referenced matter hereby stipulate to a thirty (30) day extension of time for which the parties may engage in discovery. The preliminary discovery period shall now extend through June 1, 2002. The basis for the extension is Plaintiffs need to secure information, documents and/or other materials that have been requested in formal Interrogatories and Requests for Production which Defendants have failed to produce to date, or objected to, and for which a motion to compel is pending and scheduled to be heard on April 30, 2002. Additional time is needed to secure these materials so meaningful and complete Rule 30(b)(6) depositions of Defendants can occur during the discovery period and before Plaintiffs' class certification motion is served and filed on June 15, 2002. This extension is not expected to affect the briefing schedule for Plaintiffs' Motion for Class Certification.

APR 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 16, 2002

Barry G. Reed MN #90056
Hart L. Robinovitch MN #240515
ZIMMERMAN REED P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400 - telephone
(612) 341-0844 - facsimile

14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
(480) 348-6400 - telephone
(480) 348-6415 - facsimile

**Attorneys for Plaintiff Ray Andrews**

Dated: April 18, 2002

Charles Newman
Douglas King
Maggie Baumgartner
BRYAN CAVE
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

**Attorneys for Defendant**

**IT IS SO ORDERED.**

Dated: April 22, 2002

The Honorable Magistrate Judge Susan R. Nelson

Dated: April 16, 2002

Barry G. Reed MN #90056
Hart L. Robinovitch MN #240515
ZIMMERMAN REED P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400 - telephone
(612) 341-0844 - facsimile

14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
(480) 348-6400 - telephone
(480) 348-6415 - facsimile

**Attorneys for Plaintiff Ray Andrews**

Dated: ______________

Charles Newman
Douglas King
Maggie Baumgartner
BRYAN CAVE
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

**Attorneys for Defendant**

**IT IS SO ORDERED.**

Dated: _________

The Honorable Magistrate Judge Susan R. Nelson