UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark Gardner, et al., CIVIL 01-937 (PAM)

Plaintiffs,

v.

First American Title Insurance Co,
et al

Defendants.

---

**ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 30, 2002, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: July 18, 2002

Paul A. Magnuson, Judge
United States District Court

JUL 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Mark Gardner , et a., CIVIL 01-937 RHK/AJB
v.
First American Title, et al.,

This case has been reassigned to Judge Richard H. Kyle and referred to Magistrate Judge Boylan