**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mark Gardner,**
**Danielle Baker,**
**and All Others**
**Similarly Situated**

**Civil No. 01-937 (PAM/SRN)**

**Plaintiffs,**

v.

**ORDER**

**First American Title**
**Insurance Company,**
**Universal Title Company,**
**Universal Partnerships,**
**Inc.**

**Defendants.**

---

J. Gordon Rudd, Jr., Esq. and David Cialkowski, Esq., on behalf of Plaintiffs.

Clarissa W. Cook, Esq. and Douglas W. King, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on June 25, 2002, on Defendants' Motion to Compel Documents Responsive to Requests for Production of Documents (Doc. No. 28). This written Order memorializes the oral Order given from the bench on June 25, 2002, at the completion of the hearing.

## I. DEFENDANTS' MOTION TO COMPEL

Defendants sought production of a letter sent by Plaintiffs' counsel, Zimmerman Reed P.L.L.P., to home buyers concerning fees charged to them in relation to their mortgage loans and

JUL 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

closing transactions.

The Court granted Defendants' motion. Plaintiffs correctly stated that the letter is an entirely appropriate form of commercial speech. Nevertheless, under the broad standard for discovery, the letter is also relevant to the present case. Further, while Defendants' Document Request Nos. 10 & 16 may not specifically have called for the letter in question, there remained adequate time before the discovery deadline for Defendants to serve additional requests, or to simply subpoena the letter. Hence, the Court found that issue should not affect the success of Defendants' motion. As a result, the Court instructed Plaintiffs to produce, within 10 days, the letter which was in Plaintiff Baker's possession. Plaintiffs were further instructed to redact any notes which were written on the letter after Baker received it.

**THEREFORE, IT IS HEREBY ORDERED that:**

Defendants' Motion to Compel Documents Responsive to Requests for Production of Documents (Doc. No. 28) is **GRANTED**.

Dated: July 24, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge