UNITED STATES DISTRICT COURT
District of Minnesota

PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-937 RHK/AJB

Affidavit of Movant

I, Janice M. Symchych, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kara R. Yancey, an attorney admitted to practice in the United States District Court for the District of Delaware, but not admitted to the bar of this court, who will be counsel for the defendant in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature [signature] Date July 29, 2002

Minnesota License No. 10811X
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Ph: (612) 340-2600; Fax: (612) 340-2868

Affidavit of Proposed Admittee

I, Kara R. Yancey, am currently a member in good standing of the U.S. District Court for the District of Delaware, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Signature [signature] Date 7/25/02

JUL 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Delaware Attorney License No.: 3884
BRYAN CAVE LLP
Kara R. Yancey
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
Ph: (314) 259-2000

Case Number: 01-937 RHK/AJB Judge Assigned: Richard H. Kyle
Case Title: Mark Gardner, Danielle Baker, and all others similarly situated v. First American Title Insurance Company, Universal Title Company, Universal Partnerships, Inc.

Motion Granted: Richard H. Kyle JUL 29 2002
For the Court, Clerk MML

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.