UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK GARDNER,<br>DANIELLE BAKER<br>AND ALL OTHERS<br>SIMILARLY SITUATED,<br><br>Plaintiffs,<br>vs.<br><br>FIRST AMERICAN TITLE<br>INSURANCE COMPANY,<br>UNIVERSAL TITLE COMPANY,<br>UNIVERSAL PARTNERSHIPS<br>INC.<br>Defendants. | COURT FILE NO. 00-CV-2176 RHK/AJB |
| MARK GARDNER,<br>DANIELLE BAKER<br>AND ALL OTHERS<br>SIMILARLY SITUATED,<br><br>Plaintiffs,<br>vs.<br><br>FIRST AMERICAN TITLE<br>INSURANCE COMPANY,<br>UNIVERSAL TITLE COMPANY,<br>UNIVERSAL PARTNERSHIPS<br>INC.<br>Defendants. | COURT FILE NO. 01-937 RHK/AJB |

**STIPULATION AND ORDER**

WHEREAS, Plaintiffs Mark Gardner and Danielle Baker commenced an action against First American Title Insurance Company, Universal Title Company, and Universal Partnerships in the United States District Court for the District of Minnesota, Case No.00-CV-2176 PAM/SRN ("Gardner I");

FILED AUG 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

WHEREAS, the Honorable Paul A. Magnuson dismissed Gardner I by Order dated April 4, 2001 pursuant to FED. R. CIV. P. 12.;

WHEREAS, Plaintiffs appealed the District Court's decision dated April 4, 2001, to the United States Court of Appeals for the Eighth Circuit on May 3, 2001;

WHEREAS, subsequent to the dismissal of Gardner I, Plaintiffs Mark Gardner and Danielle Baker commenced an action against First American Title Insurance Company, Universal Title Company, and Universal Partnerships in the United States District Court for the District of Minnesota, Case No. 01-937 PAM/SRN ("Gardner II");

WHEREAS, during the pendency of the appeal of Gardner I, the parties have engaged in class certification discovery and various motion practice in Gardner II;

WHEREAS, by Order filed June 21, 2002, the United States Court of Appeals for the Eighth Circuit reversed the District Court's Order dismissing Plaintiffs' Complaint in Gardner I and reinstated that action; and

WHEREAS, the parties now wish to proceed under one case number;

THE PARTIES HEREBY AGREE AND STIPULATE to the following pending Court approval:

1. Gardner II is dismissed without prejudice pursuant to FED.R.CIV.P. 41(a).
2. All further proceedings shall occur under Case No. 00-CV-2176 RHK/AJB (Gardner I).
3. Plaintiffs shall amend their complaint in Gardner I to conform to the Complaint filed on May 3, 2001, in Gardner II with the exception of the references to Minnesota state court procedures.
4. Defendants shall amend their answer in Gardner I to conform to the Amended Answer filed on March 28, 2002, in Gardner II.

5. All discovery completed in Gardner II may be utilized in Gardner I.

6. All deadlines established in the Amended Pretrial Scheduling Order dated June 4, 2002, in Gardner II shall apply to future proceedings in Gardner I.

Respectfully submitted,

Dated: 7 August 2002

ZIMMERMAN REED, P.L.L.P.

By ______________________
J. Gordon Rudd, Jr. MN #222082
David M. Cialkowski MN #0306526
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400 - Telephone
612-341-0844 - Facsimile

and

Barry G. Reed MN #90056
Hart L. Robinovitch MN #240515
14646 North Kierland Blvd., Suite 145
Scottsdale, AZ 85254
480-348-6400 - Telephone
480-348-6415 - Facsimile

ATTORNEYS FOR PLAINTIFFS

Dated: 8/6/2002

BRYAN CAVE L.L.P.

By ______________________
Charles A. Newman
Douglas W. King
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102-2750
314-259-2000 - Telephone
314-259-2020 - Facsimile

and

DORSEY & WHITNEY LLP
Janice M. Symchych MN #10811X
Ruon Sawyer MN #305443
220 South Sixth Street, 14th Floor
Minneapolis, Minnesota 55402
612-340-2600 - Telephone
612-340-2868 - Facsimile

ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED.

By the Court:

Dated at St. Paul, Minnesota,

this 9th day of August, 2002.

UNITED STATES MAGISTRATE JUDGE